# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132949(85)

RANDY C. BURRIS,
      Plaintiff-Appellee,

v

ALLSTATE INSURANCE CO.,
      Defendant-Appellant.

_____

SC: 132949
COA: 261505
Wayne CC: 02-208320-NF

On order of the Chief Justice, the motion by the Coalition Protecting Auto No-Fault for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008

_____
Clerk